# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON,
ADC #164517                                                            PLAINTIFF

v.                             No. 2:18-cv-44-DPM-BD

ANDREWS, Warden, EARU, ADC, *et al.*                                  DEFENDANTS

## ORDER

Robinson appeals Magistrate Judge Deere's Order requiring him to pay the $400 filing and administrative fees in order to proceed with this case. № 7. Magistrate Judge Deere didn't clearly err or misapply the law. Several higher courts have held that the three-strikes provision is constitutional. 28 U.S.C. § 1915(g); *Higgins v. Carpenter*, 258 F.3d 797, 800–01 (8th Cir. 2001) (*per curiam*); *Lewis v. Sullivan*, 279 F.3d 526 (7th Cir. 2002) (collecting cases). Robinson's appeal, № 7, is therefore denied. FED. R. CIV. P. 72(a).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2018