# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON,
ADC #164517                                                     PLAINTIFF

v.                    No. 2:18-cv-44-DPM-BD

ANDREWS, Warden, EARU, ADC, *et al.*                            DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation as modified, № 11, and mostly overrules Robinson's objections, № 12. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).

The Magistrate Judge is correct: none of Robinson's many claims, № 2, satisfies the imminent-danger exception. 28 U.S.C. § 1915(g). His motion for a TRO, № 3, is denied. His complaint, № 2, is dismissed without prejudice.

In his objections, though, Robinson says he's not getting appropriate mental health care. № 12 at 7. This is a new claim. He also says he's in danger of harming himself. № 12 at 1 & 7. This is also new, and makes a start at satisfying the imminent-danger exception. The Court therefore directs Robinson to file a proposed amended complaint—limited to his mental health care, and adding more information about imminent danger. Proposed amended complaint due by 15 June 2018. The Court will withhold judgment pending

consideration of this new pleading. If Robinson does not file a new pleading by that date, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2).

The Court cautions Robinson, given his filing history, about attempting to expand the permissible issues. And the Court returns this case to the Magistrate Judge.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2018