# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON,
ADC #164517                                                                            PLAINTIFF

v.                     No. 2:18-cv-44-DPM-BD

ANDREWS, Warden, EARU, ADC, *et al.*                     DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 15, and overrules Robinson's objections, № 21. FED. R. CIV. P. 72(b)(3). In his objections, Robinson includes more facts about certain defendants. But if Robinson wants to add facts, then he must do so in a motion to amend his complaint—not in his objections. Robinson's claim that Andrews, Goodman, Smith, Davis, and Brown were deliberately indifferent to his mental health needs goes forward under the imminent danger exception. 28 U.S.C. § 1915(g). All other claims and defendants are dismissed without prejudice.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2018