IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON,
ADC #164517                                                           PLAINTIFF

v.                         No. 2:18-cv-44-DPM-BD

ANDREWS, Warden, EARU, ADC, *et al.*                     DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 31, and overrules Robinson's objections, № 34. FED. R. CIV. P. 72(b)(3). First, Robinson's requested injunctive relief isn't related to his claims for inadequate medical care. Second, in his objection, Robinson includes a new basis for injunctive relief. To the extent that Robinson seeks relief different than that requested in his pending motions or complaint, he must do so in either a separate motion or in a motion to amend his complaint. Robinson should not add claims, facts, or reasoning in his objections. His motions, № 18, № 20, & № 28, are therefore denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2018