# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON,
ADC #164517                                              PLAINTIFF

v.                       No. 2:18-cv-44-DPM-BD

ANDREWS, Warden, EARU, ADC, *et al.*                     DEFENDANTS

### ORDER

On *de novo* review, the Court adopts the partial recommendation, № 70, and overrules Robinson's objections, № 71. FED. R. CIV. P. 72(b)(3). As Magistrate Judge Deere noted, the only piece of Robinson's motion that relates to a claim in this lawsuit is his allegation that Brown hasn't "done her job in this matter which is [causing] more harm to [him] on a mental health level." № 49 at 2. But Robinson hasn't shown that he's likely to succeed on the merits of his claims or that transferring him to another unit is necessary to prevent irreparable harm resulting from Brown's alleged failings. His motion, № 49, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 December 2018