# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON,
ADC #164517                                               PLAINTIFF

v.                        No. 2:18-cv-44-DPM

ANDREWS, Warden, EARU, ADC, *et al.*                     DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's careful recommendation, № 103, and overrules Robinson's objections, № 105. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Robinson hasn't met proof with proof to show that he properly exhausted his claims before filing this lawsuit. Defendants' motions for summary judgment, № 85 & № 88, are therefore granted. Robinson's pending motions and embedded motions, № 104 & № 105, are denied as moot. His remaining claims will be dismissed without prejudice.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 June 2019