# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CHRISTOPHER BLAIR DESHAUN ROBINSON,**
**ADC #164517**                                                       **PLAINTIFF**

v.                            **No. 2:18-cv-44-DPM**

**ANDREWS, Warden, EARU, ADC,** *et al.*               **DEFENDANTS**

## ORDER

Motion to transfer to Pulaski County Circuit Court, № 111, denied. The Court dismissed Robinsons's complaint; and nothing in his new paper warrants relief from the Judgment and final Order. № 108 & № 109.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 July 2019